IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TAJA BAILEY, | ) NO._____ |
| | ) |
| Plaintiff, | ) JUDGE_____ |
| v. | ) |
| | ) MAGISTRATE JUDGE |
| DARRELL WHITE and | ) |
| GREEN BOY INC., | ) _____ |
| | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant Green Boy, Inc. ("Green Boy" or "Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Hickman County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about July 26, 2023 by Plaintiff's filing of the Complaint in the Hickman County Circuit Court in Hickman County, Tennessee, case no. 23-CV-23 (the "Complaint"). True and accurate copies of the pleadings served upon this Defendant in this action are attached as Exhibit A.

2. The Complaint was served on this Defendant on or about August 14, 2023. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and negligence *per se* against defendant Darrell White in operating the vehicle without exercising ordinary and due care, thus

leading to Plaintiff's injuries. It contains allegations of vicarious liability against this Defendant. It also appears to contain a claim for direct liability as to this Defendant, but it is not clear from the pleading itself. Plaintiff seeks damages in amount "not less than twenty-five thousand dollars" in her Complaint. Upon receipt of the Complaint, undersigned counsel communicated with Plaintiff's counsel to determine if the damages being sought were $75,000 or less, and Plaintiff's counsel stated that his client was seeking damages in the six figure range. Thus, based on the representations of Plaintiff's counsel, the amount in controversy exceeds $75,000, such that this Court has jurisdiction over the matter.

4. According to the Complaint, Plaintiff is a citizen and resident of Davidson County, Tennessee.

5. Defendant Green Boy Inc. is a foreign corporation organized under the laws of the State of California with its principal place of business in California.

6. Defendant Darrell White is a citizen and resident of the State of Texas. Undersigned counsel has also been retained to represent Mr. White in this matter, and he consents to the removal of this matter to the United Stated District Court for the Middle District of Tennessee. Upon information and belief, Mr. White has not been served with process at this time.

7. The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

8. A copy of this Notice of Removal is being served via email on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Hickman County Circuit Court in Hickman County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies

of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9. Defendant demands a jury to try this case.

**WHEREFORE,** Defendant Green Boy, Inc. prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Hickman County Circuit Court in Centerville, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Mary Beth White*
    Mary Beth White, BPR #24462
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com

*Attorneys for defendant Green Boy Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email:

Joseph C. Johnsen, Esq.
Morgan & Morgan – Nashville
810 Broadway, Suite 105
Nashville, TN 37203
jcjohnsen@forthepeople.com

This the 12th day of September 2023.

/s/*Mary Beth White*