IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HARMONY JONES, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 1:23-cv-00061 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| DARELL WHITE, ET AL., ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are Plaintiffs Taja Bailey ("Bailey") and Harmony Jones ("Jones") and Plaintiff/Cross-Defendant Garyck Dugger's ("Dugger") motions to dismiss Plaintiffs' claims. (Doc. Nos. 57, 58).

Bailey and Dugger filed separate lawsuits in the Circuit Court of Hickman County, Tennessee against Defendants Darrell White ("White") and Green Boy, Inc. asserting claims of negligence related to a motor vehicle accident. (Doc. No. 1-1; Case No. 1:23-cv-00081, Doc. No. 1-1). Defendant Green Boy, Inc. removed the actions to this Court. (Doc. No. 1; Case No. 1:23-cv-00081, Doc. No. 1). Plaintiff Jones filed suit against Defendants White and Green Boy, Inc. in this Court asserting claims of negligence related to the same motor vehicle accident. (Case No. 1:23-cv-00070, Doc. No. 1). The Court subsequently consolidated the actions into the above-captioned case. (Doc. No. 28).

On April 12, 2024, Plaintiffs Bailey and Jones filed an Amended Complaint against Dugger, White, and Green Boy, Inc. (Doc. No. 44). In the Amended Complaint, Plaintiffs Bailey and Jones allege that they are citizens of the State of Tennessee. (*Id.* ¶¶ 1-2). Bailey and Jones also allege that Plaintiff/Cross-Defendant Dugger is a citizen of the State of Tennessee. (*Id.* ¶ 5).

On June 17, 2024, Bailey, Jones, and Dugger filed a joint motion to dismiss Plaintiffs' claims on the grounds that complete diversity no longer exists. Plaintiffs state that they have conferred with counsel for Defendants White and Green Boy, Inc., who oppose the motion. However, Defendants failed to file a response to Plaintiffs' motion.

Accordingly, the motions to dismiss Plaintiffs' claims (Doc. Nos. 57, 58) are **GRANTED**.[1]

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that while the Parties filed a Joint Case Resolution Plan and Joint Status Report (Doc. No. 60) stating that "a petition to remand the case to State court is pending", the Parties have neither filed a motion to remand nor otherwise requested that the Court remand this case to state court.