# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

Taja Bailey

                Plaintiff,

v.                                                         Case No.: 1:23−cv−00061

Darrell White, et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/20/2024 re [63].

                                                                      Lynda M. Hill
                                                  s/ Kim Chastain, Deputy Clerk