# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

Taja Bailey

        Plaintiff,

v.                                Case No.: 1:23−cv−00061

Darrell White, et al.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/9/2024 re [67].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk